UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19 CR 155 |
| | ) | |
| SONNY RICHARDS | ) | |

## OPINION and ORDER

In 2020, defendant Sonny Richards pleaded guilty to, amongst other things, being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (DE # 15.) He was sentenced to 110 months imprisonment. (DE # 30.) This sentence was reduced to a term of 100 months imprisonment under United States Sentencing Guidelines Amendment 821. (DE # 38.)

Now before the court is a letter from defendant. (DE # 40.) Defendant argues that Section 922(g)(1) is unconstitutional. (*Id.*) Although defendant does not explicitly reference 28 U.S.C. § 2255 in his letter, he is seeking relief that he can obtain only through Section 2255. *United States v. Evans,* 224 F.3d 670, 673 (7th Cir. 2000) ("[A]ny motion filed after the expiration of the time for direct appeal, and invoking grounds mentioned in [Section 2255] is a collateral attack for purposes of [Section 2255]."). A Section 2255 petition allows a person in federal custody to attack his or her sentence on constitutional grounds, because it is otherwise illegal, or because the court that imposed it was without jurisdiction. 28 U.S.C. § 2255(a). Motions to vacate a conviction or correct a sentence under Section 2255 ask a court to grant an extraordinary remedy to a person

who has already had an opportunity for full process. *Kafo v. United States*, 467 F.3d 1063, 1068 (7th Cir. 2006).

Even if the court construed defendant's letter as a Section 2255 petition, any claims therein have been waived. In the appeal waiver that formed part of defendant's plea agreement, defendant explicitly waived his right to file a Section 2255 petition challenging his sentence on any grounds other than a claim of ineffective assistance of counsel. (DE # 15 at 4-5.)

For these reasons, the relief requested in defendant's letter (DE # 40) must be **DENIED.** No certificate of appealability shall issue because no substantial showing of the denial of a constitutional right has been made. 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

Date: October 27, 2025

                                        s/James T. Moody  
                                        JUDGE JAMES T. MOODY  
                                        UNITED STATES DISTRICT COURT